PATRICK J. O'CONNOR, Appellant, *v.* HENRY P. BURGARD, Respondent.

*O'Connor* v. *Burgard*, 117 App. Div. 916, affirmed.
(Argued October 15, 1908; decided November 10, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1907, sustaining defendant's exceptions ordered to be heard in the first instance by the Appellate Division and granting a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence, the trial of which had resulted in a verdict for plaintiff.

*Frank C. Ferguson* for appellant.

*Charles Diebold, Jr.,* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

EUGENE H. BOCCIERI, Respondent, *v.* THE NEW YORK CONTRACTING AND TRUCKING COMPANY, Appellant.

*Boccieri* v. *N. Y. Contracting & Trucking Co.,* 121 App. Div. 898, affirmed.
(Argued October 15, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 5, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*John Conway Toole* and *James A. Deering* for appellant.

*Andrew S. Fraser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.